# Exhibit B

# Certified Independent Dispute Resolution (IDR) Entity Selection Response Web Form

## User Guide

July 2025

## Table of Contents


Introduction ....................................................................................................4

1 Selection of Certified IDR Entity Phase Overview ....................................4

2 IDR Entity Selection Response Form ........................................................6

2.1 IDR Entity Selection Response Form Overview ........................................6

2.2 IDR Entity Selection Response Form – Welcome Page ..............................7

2.3 IDR Entity Selection Response Form – Enter Dispute Reference Number..................8

2.4 IDR Entity Selection Response Form – Review Information from the Notice of IDR Initiation Web Form ..........................................................9

2.4.1 IDR Entity Selection Response Form – Documentation Section ..........................9

2.4.2 IDR Entity Selection Response Form – Summary of Qualified Items and/or Services Section ..........................................................10

2.4.3 IDR Entity Selection Response Form – Dispute Details ..........................10

2.4.4 IDR Entity Selection Response Form – Point of Contact ..........................12

2.5 IDR Entity Selection Response Form – Conflict of Interest and Eligibility Attestation .13

2.6 IDR Entity Selection Response Form – Sign & Submit ..........................16

2.7 IDR Entity Selection Response Form – Confirmation ..........................16

3 IDR Entity Reselection Response Form ..........................................17

3.1 Before Starting the IDR Entity Reselection Response Form ..........................17

3.2 IDR Entity Reselection Response Form – Welcome Page ..........................18

3.3 IDR Entity Reselection Response Form – Enter a Dispute Reference Number..........18

3.4 IDR Entity Reselection Response Form – Main Page ..........................19

3.5 IDR Entity Reselection Response Form – Confirmation ..........................20

4 Appendix: Federal IDR Process Timeline and Summary of Steps..........................21

5 Frequently Used Acronyms ..........................................22


## Table of Figures


Figure 1: Federal IDR Process Timeline and Summary of Steps..........................5

Figure 2: Session Expiring ..........................................7

Figure 3: Exit Warning..........................................7

Figure 4: Security Statement Check Box Warning..........................8

Figure 5: Dispute Reference Number Field ..........................8

Figure 6: Dispute Reference Number Not Found Error Message ..........................8

Figure 7: Initiating Party Name and IDRE Legal Business Name ..........................9

Figure 8: Notice of Initiation Form Documentation....10
Figure 9: Example Summary of Qualified Items and/or Services Table....10
Figure 10: Certified IDR Entity Legal Business Name Dropdown List....13
Figure 11: Session Expiring....17
Figure 12: Exit Warning....18
Figure 13: Security Statement Check Box Warning....18
Figure 14: Dispute Reference Number Field....18
Figure 15: Dispute Reference Number Not Found Error Message....19
Figure 16: Certified IDR Entity Legal Business Name Dropdown List....19

## Table of Tables

Table 1: Federal IDR Timeline....21
Table 2: Acronyms Table....22

# Introduction

This user guide contains instructions for completing the certified IDR entity selection process (also referred to as "Selection of Certified IDR Entity"). This document is for health care providers, health care facilities, providers of air ambulance services, health plans, health insurance issuers, and Federal Employees Health Benefits (FEHB) carriers to resolve payment disputes.

As referred to in this document, a health care provider, facility, or provider of air ambulance services, and a plan, issuer or FEHB carrier are the "parties" or "disputing parties" in the Federal IDR Process; certified Independent Dispute Resolution entities are referred to as "certified IDR entities," or "certified entity," the Department of Health and Human Services, the Department of Labor, and the Department of Treasury are collectively referred to as "the Departments."

# 1 Selection of Certified IDR Entity Phase Overview

***Important: As illustrated in Figure 1 below, the "Selection of Certified IDR Entity" phase is the second phase in the Federal IDR Process, occurring immediately after the "Federal IDR Initiation" phase. During the "Federal IDR Initiation" phase, the initiating party submits their "Notice of IDR Initiation" web form where, among other information, it indicates its preferred certified IDR entity. During the "Selection of Certified IDR Entity" phase, the parties have three business days to agree on a certified IDR entity to arbitrate their payment dispute.***

***Important: Send any questions regarding the certified IDR entity selection process and the selection and reselection response web form to the Federal IDR Questions inbox at: FederalIDRQuestions@cms.hhs.gov.***

***Important: Guidance issued by the Departments of the Treasury, Labor, Health and Human Services, and Office of Personnel Management can be found in FAQ documents listed on the CMS.gov No Surprises "Overview of rules and fact sheets" page.***

***For guidance on the calculation and use of qualifying payment amounts (QPAs), as well as their related exercise of enforcement discretion and addressing Fifth Circuit's opinion in TMA III, refer to "FAQs about Consolidated Appropriations Act, 2021, Implementation Part 69 (January 14, 2025) and "FAQs about Consolidated Appropriations Act Implementation, 2021 Part 62" (October 6, 2023).***

***For guidance on the initiation of batched disputes and disputes involving air ambulance services, refer to "No Surpises Act (NSA) Independent Dispute Resolution (IDR) Batching and Air Ambulance Policy FAQs" (November 28, 2023) and "FAQs about Affordable Care Act and Consolidated Appropriations Act, 2021 Implementation Part 63" (November 28, 2023).***

***For guidance on extending enforcement discretion, refer to "FAQs about Consolidated Appropriations Act, 2021 Implementation Part 67" (May 1, 2024).***

| TIMELINE | SUMMARY OF STEPS |
|---|---|
| **4 business days** | **Federal IDR Initiation**<br>Either party can initiate the Federal IDR Process by submitting a Notice of IDR Initiation to the other party and to the Departments within *4 business days* after the close of the open negotiation period. Such notice should include the initiating party's preferred certified IDR entity. |
| **6 business days after initiation** | **Selection of Certified IDR Entity**<br>The non-initiating party can accept the initiating party's preferred certified IDR entity or object and propose another certified IDR entity. A lack of response from the non-initiating party **within 3 business days** will be deemed to be acceptance of the initiating party's preferred certified IDR entity. If the parties do not agree on a certified IDR entity, this step also includes timeframes for the initiating party to notify the Departments that they should randomly select a certified IDR entity on the parties' behalf. If necessary, the Departments will make a selection no later than *6 business days* after IDR initiation. The certified IDR entity may invoice the parties for administrative fees at the time of selection (administrative fees are due from both parties by time of offer submission). |
| **3 business days after selection** | **Certified IDR Entity Requirements**<br>Once selected, within *3 business days*, the certified IDR entity must submit an attestation that it does not have a conflict of interest and determine that the Federal IDR Process is applicable. |
| **10 business days after selection** | **Submission of Offers and Payment of Certified IDR Entity Fee**<br>Parties must submit their offers not later than *10 business days* after selection of the certified IDR entity. Each party must pay the certified IDR entity fee, (which the certified IDR entity will hold in a trust or an escrow account), and the administrative fee when submitting its offer (unless the administrative fee has already been paid). |
| **30 business days after selection** | **Selection of Offer**<br>A certified IDR entity has *30 business days* after its date of selection to determine the payment amount and notify the parties and the Departments of its decision. The certified IDR entity must select one of the offers submitted. |
| **30 calendar/ business days after determination** | **Payments Between Parties of Determination Amount & Refund of Certified IDR Entity Fee**<br>Any amount due from one party to the other party must be paid not later than *30 calendar days* after the determination by the certified IDR entity. The certified IDR entity must refund the prevailing party's certified IDR entity fee paid within *30 business days* after the determination. |

**Figure 1: Federal IDR Process Timeline and Summary of Steps**

# 2 IDR Entity Selection Response Form

The ***"IDR Entity Selection Response Form"*** is sent to the non-initiating party immediately after the initiating party starts the Federal IDR Process by submitting the ***"Notice of IDR Initiation"*** web form. The ***"IDR Entity Selection Response Form"*** gives the non-initiating party an opportunity to, among other things, indicate whether it has a conflict of interest (COI) or disagree with the initiating party's preferred certified IDR entity and attest to whether the Federal IDR Process applies to the items and services under dispute.

When completing the ***"IDR Entity Selection Response Form,"*** the non-initiating party will review the dispute information provided and answer the following questions:

- Is the ***Health Plan Type*** provided by the initiating party correct?
- Does the non-initiating party have a COI with the selected certified IDR entity?
- Does the non-initiating party agree to the certified IDR entity selected by the initiating party to handle this dispute?
- Does the non-initiating party agree that the items or services under dispute qualify for the Federal IDR Process, and if not, why?

If the non-initiating party is a health plan, it must attest to the ***Health Plan Type*** selected by the initiating party. If the non-initiating party disagrees with the ***Health Plan Type***, it must select the correct **** Health Plan Type***.

If the non-initiating party ***has a COI*** with the initiating party's preferred certified IDR entity, the non-initiating party must indicate its preferred alternative certified IDR entity.

If the non-initiating party ***attests that the Federal IDR Process does not apply***, additional justification is required, and may require additional rationale text and/or documentation.

Any fields in the web form marked with an asterisk (*) are required fields.

***Important: If the non-initiating party does not complete and submit its "IDR Entity Selection Response Form" within three business days, the Departments will proceed with the certified IDR entity selected by the initiating party for the dispute unless the certified IDR entity has a COI.***

## 2.1 IDR Entity Selection Response Form Overview

- If the non-initiating party determines the Federal IDR Process does not apply to one or more of the items or services under dispute that the initiating party submitted in the ***"Notice of IDR Initiation"*** web form, the non-initiating party may need to submit additional information and/or documentation. To identify the specific information and/or document required by the ***"IDR Entity Selection Response Form,"*** review Section 2.5.
- The non-initiating party must complete and submit the ***"IDR Entity Selection Response Form"*** in a single session.
    - For security reasons and protection of personal data, the session will time out after 60 minutes of inactivity and the following message will display.




Figure 2: Session Expiring

- If there is no response within 60 seconds, the system will end the session and return to the No Surprises Act web page. Select ***Continue*** to restart the 60 minute timer for inactivity.
- If the non-initiating party exits the web form before completing all the information and submitting it, the information entered is not saved. The following dialogue box will appear.




Figure 3: Exit Warning

- If the non-initiating party exits the web form (for any reason) before completing and submitting it, the non-initiating party can access the web form again through the link provided via email until it submits the web form or until the deadline to submit the web form passes, whichever comes first.

## 2.2 IDR Entity Selection Response Form – Welcome Page

The first page of the "***IDR Entity Selection Response Form***" is the "Welcome" page. This page contains some overall information about the web form and the privacy and security terms.

1. Review the information and instructions before proceeding.

2. Select the check box next to the statement***: * I hereby agree to the terms and conditions expressed in the Security and Privacy Agreement*** at the bottom of the "Welcome" page. If the non-initiating party fails to select the check box, it cannot move forward in the web form and the following warning message will display.




**Figure 4: Security Statement Check Box Warning**

3. Select the ***Continue*** button to proceed to the "Enter your dispute reference number" page.

## 2.3 IDR Entity Selection Response Form – Enter Dispute Reference Number

1. On the "Enter your dispute reference number" page enter the five to nine digit IDR **** Dispute Reference Number*** in the following format: "DISP-XXXXXXXXX." The **** Dispute Reference Number*** (also referred to as "IDR reference number") is provided in the email received from the Auto Reply Federal IDR Questions inbox at: auto-reply-federalidrquestions@cms.hhs.gov with the subject line: "Action Required: Certified IDR entity selection agreement or disagreement needed."




**Figure 5: Dispute Reference Number Field**

2. If the non-initiating party enters the incorrect **** Dispute Reference Number*** or it does not enter the **** Dispute Reference Number*** using the correct format (DISP-XXXXXXXXX), the non-initiating party will receive the following error message.




**Figure 6: Dispute Reference Number Not Found Error Message**

3. After entering the correct **** Dispute Reference Number***, using the proper format, select

***Continue*** to navigate to the next page of the "***IDR Entity Selection Response Form.***" Selecting ***Back*** will take the non-initiating party to the "Welcome" page.

## 2.4 IDR Entity Selection Response Form – Review Information from the Notice of IDR Initiation Web Form

On this page of the web form, the non-initiating party will review information the initiating party provided on the ***"Notice of IDR Initiation"*** web form and update available fields if necessary. If the non-initiating party is a health care provider, facility, or provider of air ambulance services, it will provide its ***Tax ID*** or ***National Provider Identifier (NPI)***, if necessary. If the non-initiating party is a health plan, issuer, or FEHB carrier, it will attest that the ***Health Plan Type*** listed is correct or update it if necessary. Before updating any information on this web page:

1. Review the instructions provided at the top of the web form.
2. Review the name provided in the ***Initiating Party Name*** field, which identifies who filed the dispute.
3. In the ***IDRE Legal Business Name*** field, review the name of the initiating party's preferred certified IDR entity. If the non-initiating party has a COI, or does not agree to the initiating party's preferred certified IDR entity, it will have an opportunity to indicate this later in the web form.




**Figure 7: Initiating Party Name and IDRE Legal Business Name**

***Important: If a change to a non-editable field is needed, the non-initiating party can ask the certified IDR entity to update this information in the Federal IDR Portal after receiving the "Certified IDR entity selection notification" email for the dispute. Note that certified IDR entities are not permitted to update all fields.***

### 2.4.1 IDR Entity Selection Response Form – Documentation Section

In this section of the web form, the non-initiating party should review the documentation provided by the initiating party via the ***"Notice of IDR Initiation"*** web form. The following naming convention is utilized for files uploaded on the ***"Notice of IDR Initiation"*** web form:

- IDRNoticeOfInitiation: PDF of the ***"Notice of IDR Initiation"*** web form.
- ProofofOpenNegotiation: Document with proof of the open negotiation start date.
- NEGEXT: Document with proof that the initiating party received an extension approval from the Federal IDR mailbox.
- NEGCOOL: Document with proof that the items(s) or service(s) under dispute was subject to the 90 calendar day cooling off period, which ended no more than 30 business days from the date of initiation.




Figure 8: Notice of Initiation Form Documentation

## 2.4.2 IDR Entity Selection Response Form – Summary of Qualified Items and/or Services Section

In this section of the web form, the non-initiating party should review the qualified items and/or services provided in the "Summary of Qualified Items and/or Services" table. This table displays the complete list of items or services that are being disputed. Review each item or service and:

1. Determine whether the Federal IDR Process applies to each item or service listed. If the non-initiating party determines the Federal IDR Process does not apply to one or more of the items or services, the non-initiating party will have the opportunity to indicate this on the next page of the web form.
2. Update any of the editable fields, if appropriate. The non-initiating party can contact the certified IDR entity to request a change to a non-editable field.



Summary of Qualified Items and/or Services
This is a summary of the dispute items or services entered.

| | Description of item(s) or service(s) | Claim Number | Date of Service | Cost Sharing Allowed | Initial Payment Amount | QPA for Applicable Year | Location of Service | Service Code | Place of Service Code(s) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Test Item or Service 1 | 12345 | 8/31/2022 | $1,000.00 | | $1,000.00 | AK | 12345 | 23 |

Figure 9: Example Summary of Qualified Items and/or Services Table

## 2.4.3 IDR Entity Selection Response Form – Dispute Details

In this section of the web form, the non-initiating party should review the start date provided for the open negotiation period and the ***Health Plan Type*** provided by the initiating party.

To review and verify the open negotiation start date provided, it is recommended to download and review the "IDRNoticeOfInitiation" PDF in the above "Notice of Initiation Form Documentation" section or navigate to the summary of qualified item(s) or service(s) table at the bottom of the screen to review which claims are part of the dispute.

### 2.4.3.1 Instructions for Health Care Provider, Health Care Facility or Provider of Air Ambulance Services

If the non-initiating party is a health care provider, health care facility or provider of air ambulance services it must complete at least one of the two fields:

1. ***Tax ID***. The Taxpayer Identification Number (TIN) must be 9-digits.
2. ***National Provider Identifier (NPI)***. The NPI number must be 10-digits.

If the non-initiating party is a health plan, issuer, or FEHB carrier the ***Tax ID*** and ***National Provider Identifier (NPI)*** fields will not be displayed on this form.

### 2.4.3.2 Instructions for Health Plan, Issuer or FEHB Carrier

If the non-initiating party is a health plan, issuer or FEHB carrier type it must attest to the following question:

1. ****Is the Health Plan Type provided above correct?*** Select the "Yes" or "No" radio button.
   - If "No" is selected (meaning the non-initiating party does not agree with the ***Health Plan Type*** provided), an additional **** Health Plan Type*** field will display. Select the appropriate **** Health Plan Type*** in the dropdown:
     – "Individual health insurance issuer"
     – "Fully-insured ERISA group health plan"
     – "Either partially or fully self-insured ERISA group health plan"
     – "Federal Employees Health Benefits (FEHB) carrier"
     – "Church plan"
     – "Non-federal governmental plan (e.g. state and local government plan)"
     – "Other***"***
2. If "Either partially or fully self-insured ERISA group health plan n" is selected, the non-initiating party must also answer the following question:
   - **** Has the self-insured plan opted into any specified state laws that would apply to the items and services in this dispute?*** Select the radio button next to "Yes" or "No."
3. If "Federal Employees Health Benefits (FEHB) carrier" is selected, the non-initiating party must answer the following question: **** If FEHB plan, enter 3-digit Enrollment Code.***
4. If "Church Plan" is selected, the non-initiating party must answer the following question:
   - ****Is the health plan fully or self-insured?*** The non-initiating party must select the radio button to indicate whether the plan is "Fully-insured" or "Self-insured."
   - If "Self-insured" is selected, the non-initiating party must also answer the following question:
     – ****Has the self-insured plan opted into any specified state laws that would apply to the items and services in this dispute?*** The non-initiating party must select the radio button next to "Yes" or "No."
5. If "Non-federal governmental plan (e.g. state and local government plan)" is selected, the non-initiating party must answer the following question:
   - ****Is the health plan fully or self-insured?*** The non-initiating party must select the radio button to indicate whether their plan is "Fully-insured" or "Self-insured."
   - If "Self-insured" is selected, the non-initiating party must also answer the following question:
     – ****Has the self-insured plan opted into any specified state laws that would apply to the items and services in this dispute?*** The non-initiating party must select the radio button next to "Yes" or "No."
6. If "Other" is selected, the non-initiating party must identify the **** Other Health Plan Type*** from the dropdown. The **** Other Health Plan Type*** options are:

- "Medicare"
- "Medicaid"
- "Medicare Advantage"
- "TRICARE"
- "Indian Health Services"
- "Veterans Affairs Health Services"
- "Short-term Limited Duration"
- "Excepted Benefits (e.g., stand-alone dental or vision)"
- "Retiree-only"
- "Workers Compensation"
- "Health Care Sharing Ministry"

***Important: Failure to answer the specified state law question, if prompted, will result in an error message: "Self-insured plans must attest to whether or not they have opted into a specified state law that applies to the items and services in a dispute."***

## 2.4.4 IDR Entity Selection Response Form – Point of Contact

In this section of the form, the non-initiating party should verify its contact information and update it, if necessary.

1. Review the *** *Name*** provided and make corrections if necessary. This field should contain the legal business name for the organization that is the non-initiating party to the dispute.
2. Review the **** Mailing Address, * Mailing Address Line 2, City, * State,*** and **** Zip Code*** provided and make corrections if necessary. This field should contain contact information for the organization that is the non-initiating party to the dispute.
   - The system will display an error message if a special character is used in a field that is ***not*** in the list of valid special characters: number sign (**#**), comma (**,**), hyphens/dash (**-**), apostrophe (**'**), period (**.**), accent mark (**à**), ampersand (&), tilde (**~**), forward-slash (**/**), backward-slash (\), colon (**:**),semicolon (**;**), quotation marks (**"**), and greater than (**>**).
3. Review the **** Email, * Phone Number,*** and **** Fax*** provided and make corrections if necessary. This field should contain contact information for the organization that is the non-initiating party to the dispute.
   - A validation error displays when the non-initiating party enters less than 10 digits in the phone field. The non-initiating party cannot select ***Continue*** or progress on the web form until 10 digits are entered.
4. Review contact information provided in the "Primary Point-of-Contact Information" section, if applicable, and if necessary, make corrections by entering new information in the field. Complete "Primary Point-of-Contact Information" fields if there is a specific person handling the dispute, or if there is a separate organization (for example, a Third-Party Administrator, or TPA) that is handling the administration of the dispute.
5. Review contact information provided in the "Secondary Point-of-Contact Information: (optional)" section, if applicable, and if necessary, make corrections.
6. Add a ***Primary Point-of-Contact*** or a ***Secondary Point-of-Contact*** if applicable. If the non-initiating party enters a name in the primary or secondary point of contact fields it then must enter all contact information, including the mailing address in order to continue in the web form.

7. Select ***Save & Continue*** to navigate to the next page of the ***"IDR Entity Selection Response Form."*** Selecting ***Back*** will take the non-initiating party to the "Enter your dispute reference number" page.

## 2.5 IDR Entity Selection Response Form – Conflict of Interest and Eligibility Attestation

On this page, the non-initiating party must indicate whether it has a COI or disagrees with the initiating party's preferred certified IDR entity, which is provided in the ***IDRE Legal Business Name*** field, at the top of the page.

1. **** Do you have a conflict of interest (COI) with the selected certified IDR entity?*** The non-initiating party must indicate whether it has a COI with the initiating party's preferred certified IDR entity by selecting the "Yes" or "No" radio button.
   - If the non-initiating party selects "Yes," to the COI attestation the following question will automatically default to "No" and cannot be updated without updating the COI attestation.
2. **** Do you agree to the certified IDR entity selected by the initiating party to handle this dispute?*** The non-initiating party must indicate whether it agrees to the certified IDR entity selected by the initiating party by selecting the "Yes" or "No" radio button.
3. If the non-initiating party indicates that the certified IDR entity selected by the initiating party does have a COI, or does not agree with the certified IDR entity selected by the initiating party it must select an alternative certified IDR entity from the **** Certified IDR entity legal business name*** dropdown list. For more information on the certified IDR entities refer to the list of certified IDR entities.




**Figure 10: Certified IDR Entity Legal Business Name Dropdown List**

4. **** As the non-initiating party, you must attest to one of the following.*** Select the radio button next to the appropriate COI attestation:
   - "I (We), the undersigned non-initiating party, attest that to the best of my (our) knowledge the **selected** certified IDR entity doesn't have a disqualifying conflict of interest."
   - "I (We), the undersigned non-initiating party, attest that to the best of my (our) knowledge the **alternative** certified IDR entity doesn't have a disqualifying conflict of interest."
5. **** You must attest to one of the following statements.*** Select the radio button in front of the appropriate Federal IDR Process applicability attestation statement:
   - "I (We), the undersigned non-initiating party, attest that the item(s) and/or service(s) at issue are qualified IDR item(s) and/or service(s) within the scope of the Federal IDR process."
   - "I (We), the undersigned non-initiating party, attest that the Federal IDR process is NOT applicable to the items and services under dispute."

6. **** If you attested to this statement, select one or more justifications to support why the items and services under dispute do not belong in the Federal IDR Process.*** If the non-initiating party attests that the Federal IDR Process is not applicable, it must select the check box next to each applicable justification listed below and provide additional supporting information:

   - "This dispute is eligible for a state process to determine the out of network rate, and so is not eligible for the federal IDR process." If this justification is selected, the non-initiating party must also:

     – Provide a description in the **** Please provide specific citation(s) for specified state law or regulation that constitutes a specified state law or all-payer model agreement that applies to the items or services in this dispute*** text box.
     – Select the ***Upload Files*** button and upload a document or supporting materials related to a specified state law applying to an item or service under dispute, including proof of the selected **** Health Plan Type***, and in the event that the health plan is a self-insured plan that has opted into a state process, proof that the health plan has opted into the state process.

   - "The open negotiation period was not initiated for this dispute."
   - "The open negotiation period was not completed for this dispute." If this justification is selected, the non-initiating party must also:

     – Provide a date in the **** When will open negotiation period be completed?*** date field.
     – Select the ***Upload Files*** button and upload a document or supporting materials to show when the initiating party initiated the open negotiation period.

   - "The dispute was initiated more than four business days after the open negotiation period ended." If this justification is selected, the non-initiating party must also:

     – Select the calendar icon in the **** When was the end of the four-business day period?*** field and select the appropriate date.
     – Select the ***Upload Files*** button and upload a document or supporting materials to show when the initiating party initiated open negotiation with the non-initiating party.

   - "The notice of initiation was not submitted as required."
   - "The dispute includes items or services not covered under the No Surprises Act." If this justification is selected, the non-initiating party must also:

     – Provide a description in the **** Please provide list of which items and services were not covered under the No Surprises Act and for each item or service listed, an explanation as to why they were not covered. For example, if the emergency item or services was not provided by an emergency department of a hospital or a freestanding emergency department, or if the scheduled service with an out-of-network provider was at an out-of-network facility*** text box.

   - "The dispute includes items or services under a coverage type not subject to the No Surprises Act." This justification is automatically selected if the non-initiating party selected "Other" in the **** Health Plan Type*** field on the previous page of the web form. If this justification is selected, the non-initiating party must also:

- Provide a description in the *** Which items or services are under a coverage type not subject to the NSA and what coverage type(s) is the item or service under?*** text box.

- "The dispute includes items or services not covered by the patient's insurance policy." If this justification is selected, the non-initiating party must also:
  - Provide a description in the *** Which items or services are not covered by the patient's insurance policy?*** text box.
  - Select the ***Upload Files*** button and upload a document or supporting materials to show that these items or services are not covered by the patient's insurance policy, such as a copy of the policy.
- "The dispute includes incorrectly batched claims." If this justification is selected, the non-initiating party must also:
  - Provide a description in the *** Please provide a list of items or services that were improperly batched, and for each item or service on the list, indicate the requirement that was not met (i.e., why are they batched incorrectly)*** text field.
  - Select the ***Upload Files*** button and upload a document or supporting materials to show incorrectly batched claims.
- "The dispute includes incorrectly bundled items or services." If this justification is selected, the non-initiating party must also:
  - Provide a description in the *** Please provide a list of the items or services that were improperly bundled, and for each item or service on the list, indicate the requirement that was not met (i.e., why are they bundled incorrectly)*** text box.
  - Select the ***Upload Files*** button and upload a document or supporting materials to show incorrectly bundled items or services.
- "The 90 calendar day cooling off period applies to this dispute and has not been completed." If this justification is selected, the non-initiating party must also:
  - Provide a dispute reference number in the *** Please provide the dispute reference number for the payment determination that initiated the 90 calendar day cooling off period*** field. Enter the five to nine digit dispute number in the following format: DISP-XXXXXXXXX.
  - Select the ***Upload Files*** button and upload a copy of the payment determination that initiated the 90–calendar day cooling off period.
- "The item or service associated with this dispute was furnished prior to the first plan or policy year to which the No Surprises Act's surprise billing protections apply." If this justification is selected, the non-initiating party must also:
  - Provide a date in the *** When did the plan or policy year associated with the dispute begin?*** date field.
  - Select the ***Upload Files*** button and upload a document or supporting materials to show when the plan or policy year associated with this dispute began.
- "Other." If this justification is selected, the non-initiating party must also:

- Provide a description of the "Other" justification by entering text in the ***Please explain why you believe the Federal IDR process does not apply and upload supporting materials if applicable*** text box.
- Upload supporting documentation via the ***Upload Files*** button.

7. The non-initiating party must sign the Federal IDR process applicability attestation by typing a name in the **** Non-Initiating party*** text box.
8. The ***Date*** field will automatically populate with today's date and is not editable.
9. Select ***Save & Continue*** to navigate to the "Sign & Submit" page of the form. Selecting ***Back*** will return to the point of contact and items and services page. Selecting ***Exit*** will close the web form without saving the information entered or submitting the web form.

## 2.6 IDR Entity Selection Response Form – Sign & Submit

Sign and submit the ***"IDR Entity Selection Response Form"*** by:

1. Selecting the check box next to the following statement: **** I agree to:***
   - ***Pay the administrative fee.***
   - ***Pay the IDR entity fee if my dispute is found eligible for the IDR process.***
   - ***Pay the outstanding amount (if any) of the out-of-network rate that is my responsibility as determined by the certified IDR entity.***
   - ***I also understand that the final payment determination made by the certified IDR entity is binding upon the parties and not subject to judicial review except under certain limited circumstances.***
2. Enter a name in the **** Non-Initiating party*** text box.
3. The ***Date*** will automatically populate with today's date and is not editable.
4. To submit the form, select ***Submit.*** Selecting ***Exit*** will close the web form without saving the information entered or submitting the form. Selecting ***Back*** will return to the conflict of interest and eligibility attestation page.

## 2.7 IDR Entity Selection Response Form – Confirmation

Selecting ***Submit & Continue*** navigates the non-initiating party to the "Confirmation" page.

1. Review the next steps:
   - The non-initiating party will receive an email confirming the selection of the certified IDR entity. If an alternative certified IDR entity has been selected, the non-initiating party will be given the opportunity to accept or deny the alternative selection.
   - After a final certified IDR entity has been selected the parties will be notified of the selection and will be provided with information regarding the next steps, including how to submit an offer to the certified IDR entity and how to submit the administrative and certified IDR entity fees.
2. Select ***Print PDF*** to print a PDF of the ***"IDR Entity Selection Response Form."***

> ***Important: This is the only opportunity to view and print the "IDR Entity Selection Response Form."***

3. Select ***Exit*** to close the window. Selecting ***Exit*** will navigate to the No Surprises Act web page.
4. Review the submission confirmation email from the No Reply Federal IDR Questions inbox which provides next steps.

# 3 IDR Entity Reselection Response Form

The ***"IDR Entity Reselection Response Form"*** is sent when the other party did not agree to the latest certified IDR entity selection or attested to a conflict of interest.

When completing this web form, review the dispute information provided and answer the following questions:

- Does the party have a COI with the newly selected certified IDR entity?
- Does the party agree to the certified IDR entity newly selected by the other party to handle this dispute?
- If the party has a COI or doesn't agree to the newly selected certified IDR entity, review the list of the remaining certified IDR entities and select an alternative. The party should choose an alternative certified IDR entity with which it does not have a COI.

Any fields on the web form marked with an asterisk (*) are required fields.

***Important: The disputing parties have three business days from the date of IDR initiation to respond and agree upon a certified IDR entity. If either party does not complete this reselection form or fails to agree on a certified IDR entity within those three business days, the Departments will either assign the last selected certified IDR entity or will randomly assign a certified IDR entity to the dispute, depending on the status of the dispute.***

## 3.1 Before Starting the IDR Entity Reselection Response Form

Complete and submit the ***"IDR Entity Reselection Response Form"*** in a single session.

- For security reasons and protection of personal data, the session will time out after 60 minutes of inactivity and the following message will display.




**Figure 11: Session Expiring**

- If there is no response within 60 seconds, the system will end the session and return to the No Surprises Act web page. Select ***Continue*** to restart the 60 minute timer for inactivity.
- If the disputing party exits the web form prior to completing all information and submitting it, the information entered is not saved. When the party selects Exit, the following dialogue box will appear.




Figure 12: Exit Warning

## 3.2 IDR Entity Reselection Response Form – Welcome Page

The first page of the ***"IDR Entity Reselection Response Form"*** is the "Welcome" page.

1. Review the instructions before proceeding.
2. Select the check box next to the statement: * ***I hereby agree to the terms and conditions in the Security and Privacy Agreement*** at the bottom of the "Welcome" page. If the party fails to select the check box, it cannot move forward in the form and the following error message will display.
   - "You must agree to the security statement to proceed."




Figure 13: Security Statement Check Box Warning

3. Select the ***Continue*** button to proceed to the "Enter your Dispute Reference Number" page.

## 3.3 IDR Entity Reselection Response Form – Enter a Dispute Reference Number

1. On the "Enter your Dispute Reference Number" page enter the five to nine digit * ***Dispute Reference Number*** in the following format: DISP-XXXXXXXXX. The * ***Dispute Reference Number*** (also referred to as "IDR reference number") is provided in the email the party received from the Auto Reply Federal IDR Questions inbox with the link to the ***"IDR Entity Reselection Response Form."***




Figure 14: Dispute Reference Number Field

2. If the party enters the incorrect * ***Dispute Reference Number*** or does not enter the

dispute number using the correct format (DISP-XXXXXXXXX) the party will receive the following error message.




Figure 15: Dispute Reference Number Not Found Error Message

3. After entering the correct *** Dispute Reference Number**, in the proper format, select ***Continue*** to navigate to the next page of the ***"IDR Entity Reselection Response Form."*** Selecting ***Back*** will return to the "Welcome" page.

## 3.4 IDR Entity Reselection Response Form – Main Page

1. Review the dispute number provided in the ***Dispute Number*** field.
2. Review the name of the other party to the dispute, provided in the ***[Initiating or Non-Initiating] Party Name*** field.
3. Review the ***IDRE Legal Business Name*** of the other party's selected certified IDR entity.
4. The party must indicate whether it has a conflict of interest with the selected certified IDR entity by selecting the "Yes" or "No" radio button for the following question***:*** **** Do you have a conflict of interest with the selected certified IDR entity?***
5. The party must agree to the certified IDR entity selected by the other party to make the payment determination for the dispute by selecting the "Yes" or "No" radio button for the following question: **** Do you agree to the certified IDR entity selected by the [initiating or non-initiating] party to make the payment determination for this dispute?***
   - If the party selected "Yes" to the previous conflict of interest attestation this question will automatically select "No."
6. If the party indicates a COI exists for the certified IDR entity selected by the other party to the dispute, or does not agree with the certified IDR entity selected, the party must select an alternative certified IDR entity from the *** Certified IDR entity legal business name*** dropdown list. The dropdown list will only include the certified IDR entities that were not already ruled out to handle the payment dispute. For more information on the certified IDR entities refer to the list of certified IDR entities.




Figure 16: Certified IDR Entity Legal Business Name Dropdown List

7. Complete the additional conflict of interest attestation by selecting the radio button next to the ***Conflict of Interest Attestation*** statement.

- "I (We), the undersigned [initiating or non-initiating] party (or our representative), attest that to the best of my (our) knowledge the alternative certified IDR entity selected by the [initiating or non-initiating] party doesn't have a disqualifying conflict of interest."

8. Select the check box next to the following statement **** I agree to:***
   - ***Pay the administrative fee.***
   - ***Pay the IDR entity fee if my dispute is found eligible for the IDR process.***
   - ***Pay the outstanding amount (if any) of the out-of-network rate that is my responsibility as determined by the certified IDR entity.***
   - ***I also understand that the final payment determination made by the certified IDR entity is binding upon the parties and not subject to judicial review except under certain limited circumstances.***
9. Enter a name in the ***[Initiating or Non-Initiating] Party (or its representative)*** text box to sign the form.
10. The ***Date*** will automatically populate with today's date and cannot be edited.
11. Select ***Submit & Continue*** to submit the form. Selecting ***Exit*** will close the web form without saving the information entered or submitting the web form. Selecting ***Back*** will return to the "Enter Your Dispute Reference Number" page.

## 3.5 IDR Entity Reselection Response Form – Confirmation

Selecting ***Submit & Continue*** navigates the party to the "Confirmation" page.

1. Review the next steps:
   - The party will receive an email confirming the selection of the certified IDR entity. If an alternative certified IDR entity has been selected and it has been less than three business days from the date of IDR initiation, the other party will be given the opportunity to accept or deny the alternative IDR entity selected through another ***"IDR Entity Reselection Response Form."***
   - If the parties fail to come to an agreement on a certified IDR Entity within those three business days, the Departments will randomly assign a certified IDR entity to the dispute.
   - After a final certified IDR entity has been selected the parties will be notified of the selection and will be provided with information on next steps, including how to submit offers to the certified IDR entity and how to submit the administrative and certified IDR entity fees.
2. Select ***Print PDF*** to print a PDF of the ***"IDR Entity Reselection Response Form."***

> ***Important: This is the only opportunity to view and print the "IDR Entity Reselection Response Form."***

3. Select ***Exit*** to close the window. Selecting ***Exit*** will navigate to the No Surprises Act web page.
4. Review the submission confirmation email from the Auto Reply Federal IDR Questions inbox which provides next steps.

> ***Note: Disputing parties could receive additional "IDR Entity Reselection Response Form" requests during the "Selection of Certified IDR Entity" phase if either party to the dispute continue to disagree with selected***

***alternative certified IDR entitie or the selected certified IDR entity attests to having a COI.***

# 4 Appendix: Federal IDR Process Timeline and Summary of Steps

This table is a text-based alternative to the table graphic found in Figure 1, which depicts the Federal IDR Process timeline and summary of steps.

**Table 1: Federal IDR Timeline**

| Timeline | Summary of Steps |
|---|---|
| 4 business days | Federal IDR Initiation<br><br>Either party can initiate the Federal IDR Process by submitting a Notice of IDR Initiation to the other party and to the Departments within ***four business days*** after the close of the open negotiation period. Such notice should include the initiating party's preferred certified IDR entity. |
| 6 business days after initiation | Selection of Certified IDR Entity<br><br>The non-initiating party can accept the initiating party's preferred certified IDR entity or object and propose another certified IDR entity. A lack of response from the non-initiating party ***within three business days*** will be deemed to be acceptance of the initiating party's preferred certified IDR entity. If the parties do not agree on a certified IDR entity, this step also includes timeframes for the initiating party to notify the Departments that they should randomly select a certified IDR entity on the parties' behalf. If necessary, the Departments will make a selection no later than *6 business days* after IDR initiation. The certified IDR entity may invoice the parties for administrative fees at the time of selection (administrative fees are due from both parties by time of offer submission). |
| 3 business days after selection | Certified IDR Entity Requirements<br><br>Once selected, ***within three business days***, the certified IDR entity must submit an attestation that it does not have a conflict of interest and determine that the Federal IDR Process is applicable. |
| 10 business days after selection | Submission of Offers and Payment of Certified IDR Entity Fee<br><br>Parties must submit their offers not later than ***10 business days*** after selection of the certified IDR entity. Each party must pay the certified IDR entity fee, (which the certified IDR entity will hold in a trust or an escrow account), and the administrative fee when submitting its offer (unless the administrative fee has already been paid). |
| 30 business days after selection | Selection of Offer<br><br>A certified IDR entity has ***30 business days*** after its date of selection to determine the payment amount and notify the parties and the Departments of its decision. The certified IDR entity must select one of the offers submitted. |

| Timeline | Summary of Steps |
|---|---|
| 30 calendar/business days after determination | Payments Between Parties of Determination Amount & Refund of Certified IDR Entity Fee<br><br>Any amount due from one party to the other party must be paid not later than ***30 calendar days*** after the determination by the certified IDR entity. The certified IDR entity must refund the prevailing party's certified IDR entity fee paid within ***30 business days*** after the determination. |

# 5 Frequently Used Acronyms

**Table 2: Acronyms Table**

| Acronym | Definition |
|---|---|
| COI | Conflict of Interest |
| FEHB | Federal Employees Health Benefits |
| IDR | Independent Dispute Resolution |
| IDRE | Certified IDR Entity |
| NPI | National Provider Identifier |
| NSA | No Surprises Act |
| OPM | Office of Personnel Management |
| TIN | Tax Identification Number |
| QPA | Qualifying Payment Amount |
| TPA | Third-Party Administrator |