# Exhibit C

| DISP# | PATIENT | | CARRIER | DOS | Claim # | CPT CODI | DATE WON | PROVIDER | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| DISP-1001877 | [redacted] | EM | EMBLEM | 10/6/2023 | [redacted] | 63047 | 4/4/2024 | VAYNMAN | $62,630.47 |
| DISP-107053 | [redacted] | DE | EMBLEM | 6/15/2022 | [redacted] | 22551 | 12/15/2022 | GEORGE | $95,000.00 |
| DISP-1087986 | [redacted] | CJ | EMBLEM | 10/31/2023 | [redacted] | 36226 | 2/14/2025 | J. BRISMAN | $36,800.00 |
| DISP-1088123 | [redacted] | CJ | EMBLEM | 10/31/2023 | [redacted] | 36227 | 9/27/2024 | J. BRISMAN | $6,900.00 |
| DISP-1209609 | [redacted] | SS | EMBLEM | 12/20/2023 | [redacted] | 63048 | 12/5/2024 | ONESTI | $61,200.00 |
| DISP-1429348 | [redacted] | AM | EMBLEM | 3/7/2024 | [redacted] | 64722 | 7/9/2025 | DADASHEV | $230,000.00 |
| DISP-1581072 | [redacted] | DH | EMBLEM | 5/3/2024 | [redacted] | 22612 | 11/20/2024 | GAUDIN | $66,112.25 |
| DISP-1581110 | [redacted] | DH | EMBLEM | 5/3/2024 | [redacted] | 22610 | 11/20/2024 | GAUDIN | $38,795.99 |
| DISP-1581179 | [redacted] | DH | EMBLEM | 5/3/2024 | [redacted] | 22842 | 11/18/2024 | GAUDIN | $68,710.81 |
| DISP-1581227 | [redacted] | DH | EMBLEM | 5/1/2024 | [redacted] | 22558 | 9/18/2024 | GAUDIN | $28,945.16 |
| DISP-1581257 | [redacted] | DH | EMBLEM | 5/1/2024 | [redacted] | 22845 | 9/13/2024 | GAUDIN | $65,826.89 |
| DISP-1581298 | [redacted] | DH | EMBLEM | 5/1/2024 | [redacted] | 22853 | 9/13/2024 | GAUDIN | $41,219.78 |
| DISP-1637517 | [redacted] | BW | EMBLEM | 5/10/2024 | [redacted] | 62201 | 4/3/2025 | M. BRISMAN | $40,250.00 |
| DISP-1924891 | [redacted] | SG | EMBLEM | 6/3/2024 | [redacted] | 63688 | 2/26/2025 | SNYDER | $17,763.00 |
| DISP-2131520 | [redacted] | KP | EMBLEM | 8/16/2024 | [redacted] | 61781 | 3/8/2025 | M. BRISMAN | $51,750.00 |
| DISP-2131620 | [redacted] | KP | EMBLEM | 8/16/2024 | [redacted] | 61618 | 2/3/2025 | M. BRISMAN | $28,750.00 |
| DISP-2131904 | [redacted] | KP | EMBLEM | 8/16/2024 | [redacted] | 15769 | 2/3/2025 | M. BRISMAN | $11,500.00 |
| DISP-2174971 | [redacted] | KP | EMBLEM | 8/16/2024 | [redacted] | 61458 | 1/9/2025 | ONESTI | $99,000.00 |
| DISP-2222753 | [redacted] | OH | EMBLEM | 8/22/2024 | [redacted] | 61800 | 2/20/2025 | M. BRISMAN | $3,116.00 |
| DISP-2711561 | [redacted] | VR | EMBLEM | 10/9/2024 | [redacted] | 61798 | 4/3/2025 | M. BRISMAN | $97,750.00 |
| DISP-2750360 | [redacted] | DJ | EMBLEM | 12/4/2024 | [redacted] | 61798 | 4/28/2025 | M. BRISMAN | $97,750.00 |
| DISP-2791194 | [redacted] | DW | EMBLEM | 11/5/2024 | [redacted] | 63047 | 6/27/2025 | SHAH | $63,480.00 |
| DISP-2839183 | [redacted] | AR | EMBLEM | 12/16/2024 | [redacted] | 64722 | 6/3/2025 | GAUDIN | $115,000.00 |
| DISP-3001915 | [redacted] | MM | EMBLEM | 1/6/2025 | [redacted] | 22558 | 5/12/2025 | DADASHEV | $85,000.00 |
| DISP-3002172 | [redacted] | MM | EMBLEM | 1/6/2025 | [redacted] | 22585 | 5/12/2025 | DADASHEV | $20,700.00 |
| DISP-3094358 | [redacted] | BF | EMBLEM | 12/13/2024 | [redacted] | 22840 | 6/5/2025 | SONSTEIN | $57,500.00 |
| DISP-3094462 | [redacted] | BF | EMBLEM | 12/13/2024 | [redacted] | 20939 | 6/2/2025 | SONSTEIN | $9,258.00 |
| DISP-3102202 | [redacted] | MM | EMBLEM | 1/8/2025 | [redacted] | 63047 | 6/2/2025 | DADASHEV | $63,480.00 |
| DISP-3102643 | [redacted] | MM | EMBLEM | 1/8/2025 | [redacted] | 22853 | 6/4/2025 | DADASHEV | $46,000.00 |
| DISP-3103070 | [redacted] | MM | EMBLEM | 1/8/2025 | [redacted] | 22634 | 6/5/2025 | DADASHEV | $24,150.00 |
| DISP-3281625 | [redacted] | BF | EMBLEM | 12/13/2024 | [redacted] | 63042 | 11/6/2025 | SONSTEIN | $60,950.00 |
| DISP-3370815 | [redacted] | ST | EMBLEM | 2/28/2025 | [redacted] | 22551 | 7/15/2025 | GEORGE | $90,000.00 |
| DISP-3370855 | [redacted] | ST | EMBLEM | 2/28/2025 | [redacted] | 22846 | 7/15/2025 | GEORGE | $50,255.00 |
| DISP-3403470 | [redacted] | VD | EMBLEM | 3/3/2025 | [redacted] | 22551 | 9/24/2025 | GEORGE | $90,000.00 |
| DISP-342565 | [redacted] | AR | EMBLEM | 11/21/2022 | [redacted] | 64722 | 1/2/2024 | GAUDIN | $136,015.10 |
| DISP-3430427 | [redacted] | TR | EMBLEM | 2/3/2025 | [redacted] | 22858 | 9/9/2025 | DADASHEV | $69,000.00 |
| DISP-3775876 | [redacted] | SG | EMBLEM | 4/24/2024 | [redacted] | 22845 | 9/24/2025 | J. BRISMAN | $69,000.00 |
| DISP-3775991 | [redacted] | SG | EMBLEM | 4/24/2024 | [redacted] | 22552 | 9/16/2025 | J. BRISMAN | $34,500.00 |
| DISP-397033 | [redacted] | DM | EMBLEM | 1/27/2023 | [redacted] | 63046, 63 | 8/21/2024 | GINSBURG | $14,405.14 |
| DISP-3996693 | [redacted] | SL | EMBLEM | 4/1/2025 | [redacted] | 22853 | 10/2/2025 | VAYNMAN | $46,000.00 |
| DISP-4058949 | [redacted] | FW | EMBLEM | 2/11/2025 | [redacted] | 22856 | 11/20/2025 | VAYNMAN | $94,300.00 |
| DISP-4063997 | [redacted] | EC | EMBLEM | 5/17/2025 | [redacted] | 64722 | 10/31/2025 | ONESTI | $115,000.00 |
| DISP-4064304 | [redacted] | IC | EMBLEM | 3/5/2025 | [redacted] | 22840 | 10/29/2025 | IMANI | $57,500.00 |
| DISP-4117296 | [redacted] | JS | EMBLEM | 9/6/2025 | [redacted] | 64722 | 12/30/2025 | GEORGE | $115,000.00 |
| DISP-4130249 | [redacted] | RC | EMBLEM | 6/11/2025 | [redacted] | 22612 | 11/4/2025 | ONESTI | $69,000.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DISP-4130644 | [redacted] | RC | EMBLEM | 6/11/2025 | [redacted] | 63048 | 10/22/2025 | ONESTI | $31,050.00 |
| DISP-4130761 | [redacted] | RC | EMBLEM | 6/11/2025 | [redacted] | 22614 | 10/30/2025 | ONESTI | $28,750.00 |
| DISP-4145169 | [redacted] | RC | EMBLEM | 6/11/2025 | [redacted] | 22852 | 11/7/2025 | ONESTI | $69,000.00 |
| DISP-4186238 | [redacted] | CE | EMBLEM | 5/19/2025 | [redacted] | 22612 | 1/2/2026 | GEORGE | $69,000.00 |
| DISP-418669 | [redacted] | HL | EMBLEM | 2/13/2023 | [redacted] | 63052, 630 | 7/8/2024 | DADASHEV | $57,250.89 |
| DISP-4358517 | [redacted] | CW | EMBLEM | 7/15/2025 | [redacted] | 22551 | 11/21/2025 | J. BRISMAN | $90,000.00 |
| DISP-4358635 | [redacted] | CW | EMBLEM | 7/15/2025 | [redacted] | 22845 | 11/19/2025 | J. BRISMAN | $69,000.00 |
| DISP-4358665 | [redacted] | CW | EMBLEM | 7/15/2025 | [redacted] | 22853 | 11/21/2025 | J. BRISMAN | $23,000.00 |
| DISP-4444507 | [redacted] | MA | EMBLEM | 7/23/2025 | [redacted] | 64722 | 12/15/2025 | DADASHEV | $230,000.00 |
| DISP-4444540 | [redacted] | MA | EMBLEM | 7/23/2025 | [redacted] | 22846 | 2/9/2026 | DADASHEV | $50,255.00 |
| DISP-4486014 | [redacted] | EH | EMBLEM | 6/26/2025 | [redacted] | 22551 | 2/9/2026 | J. BRISMAN | $90,000.00 |
| DISP-4486207 | [redacted] | EH | EMBLEM | 6/26/2025 | [redacted] | 22853 | 1/5/2026 | J. BRISMAN | $23,000.00 |
| DISP-4749334 | [redacted] | MA | EMBLEM | 7/23/2025 | [redacted] | 22552 | 1/22/2026 | DADASHEV | $34,500.00 |
| DISP-488633 | [redacted] | JC | EMBLEM | 3/13/2023 | [redacted] | 63661 | 3/27/2024 | SNYDER | $40,079.87 |
| DISP-4968160 | [redacted] | MP | EMBLEM | 10/8/2025 | [redacted] | 22551 | 3/13/2026 | DADASHEV | $90,000.00 |
| DISP-4968199 | [redacted] | MP | EMBLEM | 10/8/2025 | [redacted] | 22853 | 3/10/2026 | DADASHEV | $23,000.00 |
| DISP-4979862 | [redacted] | TI | EMBLEM | 8/21/2025 | [redacted] | 22856 | 2/7/2026 | GEORGE | $94,300.00 |
| DISP-4993098 | [redacted] | RV | EMBLEM | 9/10/2025 | [redacted] | 61343 | 3/23/2026 | J. BRISMAN | $99,000.00 |
| DISP-5003266 | [redacted] | KW | EMBLEM | 9/22/2025 | [redacted] | 22552 | 2/12/2026 | IMANI | $34,500.00 |
| DISP-5003661 | [redacted] | ND | EMBLEM | 10/6/2025 | [redacted] | 22853 | 2/9/2026 | IMANI | $46,000.00 |
| DISP-5003901 | [redacted] | GC | EMBLEM | 9/25/2025 | [redacted] | 22614 | 2/9/2026 | RAK | $28,750.00 |
| DISP-5003958 | [redacted] | GC | EMBLEM | 9/25/2025 | [redacted] | 22842 | 2/12/2026 | RAK | $71,415.00 |
| DISP-5077016 | [redacted] | CW | EMBLEM | 9/22/2025 | [redacted] | 63047 | 3/23/2026 | GEORGE | $63,480.00 |
| DISP-5077327 | [redacted] | CW | EMBLEM | 9/22/2025 | [redacted] | 22614 | 2/16/2026 | GEORGE | $28,750.00 |
| DISP-5209172 | [redacted] | RV | EMBLEM | 9/10/2025 | [redacted] | 61343 | 3/9/2025 | ONESTi | $79,200.00 |
| DISP-563847 | [redacted] | CD | EMBLEM | 8/15/2022 | [redacted] | 22853 | 3/16/2024 | GAUDIN | $18,456.12 |
| DISP-564173 | [redacted] | FC | EMBLEM | 6/7/2023 | [redacted] | 22612 | 6/24/2024 | IMANI | $65,481.52 |
| DISP-564204 | [redacted] | FC | EMBLEM | 6/7/2023 | [redacted] | 63047 | 3/16/2024 | IMANI | $59,547.61 |
| DISP-564227 | [redacted] | FC | EMBLEM | 6/7/2023 | [redacted] | 22614 | 1/16/2024 | IMANI | $71,851.96 |
| DISP-564255 | [redacted] | FC | EMBLEM | 6/7/2023 | [redacted] | 63048 | 3/16/2024 | IMANI | $28,673.71 |
| DISP-803098 | [redacted] | KH | EMBLEM | 7/17/2023 | [redacted] | 22551 | 2/21/2024 | GAUDIN | $87,306.74 |
| DISP-803126 | [redacted] | KH | EMBLEM | 7/17/2023 | [redacted] | 22552 | 2/21/2024 | GAUDIN | $33,356.85 |
| DISP-803188 | [redacted] | KH | EMBLEM | 7/17/2023 | [redacted] | 64722 | 2/21/2024 | GAUDIN | $225,461.78 |
| DISP-803203 | [redacted] | KH | EMBLEM | 7/17/2023 | [redacted] | 22853 | 2/21/2024 | GAUDIN | $44,676.04 |
| DISP-86818 | [redacted] | KH | EMBLEM | 3/14/2022 | [redacted] | 63664 | 11/21/2022 | SNYDER | $13,282.00 |
| | | | | | | | | | $5,056,638.68 |